**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 3:20-mj-00245 |
| CYAN WATERS BASS | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## AMENDED CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/23/2020__ in the county of __Multnomah__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(f)(1) | Arson |

This criminal complaint is based on these facts:

See Affidavit of ATF Special Agent Lexie Widmer attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

/s/ Lexie Widmer
*Complainant's signature*

ATF Special Agent Lexie Widmer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:48 p.m.

Date: __09/29/2020__

*Judge's signature*

City and state: __Portland, Oregon__    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*