ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.
**CYAN WATERS BASS**

Case No. 3:20-mj-00245

FILED 30 OCT '20 09:41 USDC-ORP

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CYAN WATERS BASS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Arson in violation of Title 18, United States Code Section 844(f)(1).

Date: 09/29/0202

*Youlee Yim You*
Issuing officer's signature

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 10/1/2020
ARRESTED BY ATF
U.S. MARSHAL
BY [signature]

Date: _____

Arresting officer's signature

Printed name and title