Thomas E. Price, OSB No. 903626
Assistant Federal Public Defender
Email: thomas_price@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:20-mj-00245 |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| **CYAN WATERS BASS,** | |
| Defendant. | |

The defendant, by and through counsel, Thomas E. Price, moves the Court to modify his conditions of pretrial release by:

1. Terminating the condition of home confinement; and

2. Substituting the condition of a curfew, the details and time of which are left to the discretion of Pretrial Services.

Prior to the filing of this motion, we have conferred with both the attorney for the government, Parakram Singh, and Pretrial Services Officer Ian Alexander, both of whom have indicated that they have no objection to this motion.

All other conditions previously imposed are understood to remain in effect until further order of the Court.

Respectfully submitted November 18, 2020.

        */s/ Thomas E. Price*
        Thomas E. Price
        Attorney for Defendant