IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>Cyan Waters Bass | Case No. **3:20-mj-00245-1**<br><br>MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT that the defendant's pretrial release conditions, specifically his location monitoring restrictions are modified. The defendant is still on GPS Monitoring, but he is subject to a Curfew as directed by U.S. Pretrial Services, rather than the previously ordered Home Detention restriction. All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS __20th__ day of __November__, 2020.

/s/ Youlee Yim You
The Honorable Youlee Yim You
U.S. Magistrate Judge

Submitted by U.S. Pretrial Services