**Thomas E. Price, OSB No. 903626**
**Assistant Federal Public Defender**
**Email: thomas_price@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:20-mj-00245 |
| Plaintiff, | **DEFENDANT'S WAIVER OF SPEEDY TRIAL** |
| v. | |
| **CYAN WATERS BASS,** | |
| Defendant. | |

Defendant, Cyan Bass, hereby gives notice that he knowingly, voluntarily, and expressly waives his rights pursuant to Title l8, United States Code, Section 3161(b) to speedy indictment within 30 days from the date of his arraignment on the complaint, which occurred on October 6, 2020 to include additional time for indictment through February 3, 2021.  Undersigned counsel has advised Mr. Bass of his rights under the Speedy Trial Act and he agrees that this waiver results

in excludable delay including his right to an indictment including until February 3, 2021, under the Act.

    Consented to this 23th day of November, 2020.

                        *s/ Cyan Waters Bass*
                        Cyan Waters Bass

    Respectfully submitted this 23th day of November, 2020.

                        */s/ Thomas E. Price*
                        Thomas E. Price
                        Attorney for Defendant