Thomas E. Price, OSB No. 903626
Assistant Federal Public Defender
Email: thomas_price@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326 2123
Fax: (503) 326-5524
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 3:20-mj--00245 |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| CYAN WATERS BASS, | |
| Defendant. | |

The defendant, Cyan Bass, through counsel, Thomas E. Price, hereby moves to continue his arraignment for approximately 60 days or more including to April 6, 2021, for his arraignment on any indictment. The arraignment is currently set for February 3, 2021. The grounds for the motion are described in the accompanying declaration of counsel. Assistant U.S. Attorney Parakram Singh does not object. As further described in the declaration, Mr. Bass understands the timing requirements of 18 U.S.C. § 3161(b), and he waives his right to have the indictment filed within 30 days and agrees to extend his indictment and any arraignment thereon to April 6, 2021.

Respectfully submitted on January 28, 2021.

*/s/ Thomas E. Price*
Thomas E. Price
Assistant Federal Public Defender

Page 1     DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT