Thomas E. Price, OSB No. 903626
Assistant Federal Public Defender
Email: thomas_price@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:20-mj-00245 |
| Plaintiff, | **DEFENDANT'S WAIVER OF SPEEDY TRIAL** |
| v. | |
| **CYAN WATERS BASS,** | |
| Defendant. | |

Defendant, Cyan Bass, hereby gives notice that he knowingly, voluntarily, and expressly waives his rights pursuant to Title l8, United States Code, Section 3161(b) to speedy indictment within 30 days from the date of his arraignment on the complaint, which occurred on October 6, 2020 to include additional time for indictment through April 6, 2021.  Undersigned counsel has

advised Mr. Bass of his rights under the Speedy Trial Act and he agrees that this waiver results in excludable delay including his right to an indictment including until April 6, 2021, under the Act.

Consented to this 28th day of January, 2021.

*s/ Cyan Waters Bass*
Cyan Waters Bass

Respectfully submitted this 28th day of January, 2021.

*/s/ Thomas E. Price*
Thomas E. Price
Attorney for Defendant

**Page 2**   DEFENDANT'S WAIVER OF SPEEDY TRIAL