**Thomas E. Price, OSB No. 903626**
Assistant Federal Public Defender
Email: thomas_price@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326 2123
Fax: (503) 326-5524
**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:20-mj-00245 |
| **Plaintiff,** | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |
| **CYAN WATERS BASS,** | |
| **Defendant.** | |

The defendant, Cyan Bass, through counsel, Thomas E. Price, hereby moves to continue his arraignment for approximately 60 days or more including to August 10, 2021, for his arraignment on any indictment. The arraignment is currently set for June 8, 2021. The grounds for the motion are described in the accompanying declaration of counsel. Assistant U.S. Attorney Parakram Singh does not object. As further described in the declaration, Mr. Bass understands the timing requirements of 18 U.S.C. § 3161(b), and he waives his right to have the indictment filed within 30 days and agrees to extend his indictment and any arraignment thereon to August 10, 2021.

Respectfully submitted on June 4, 2021.

                                            */s/ Thomas E. Price*
                                            Thomas E. Price
                                            Assistant Federal Public Defender