SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00245 |
| **v.** | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **CYAN WATERS BASS,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed September 29, 2020, charging defendant with Arson.

The government seeks this dismissal in the interest of justice.  The defendant has pleaded guilty and has been sentenced in the Circuit Court of Oregon for the County of Multnomah,

/ / / /

/ / / /

**Motion to Dismiss Complaint**                                                    **Page 1**

in-part, for conduct alleged in this complaint.  Pursuant to an agreement between the parties, the government makes this motion to dismiss.

Dated: July 27, 2021                              Respectfully submitted,


                                                  SCOTT ERIK ASPHAUG
                                                  Acting United States Attorney


                                                  /s/ Parakram Singh
                                                  PARAKRAM SINGH, OSB #134871
                                                  Assistant United States Attorney